UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK G. MORAN,            Case No. 2:21-cv-10169

                     Paul D. Borman
       Plaintiff,           United States District Judge
v.

McLAREN OAKLAND,

       Defendant.
_____/

## ORDER OF DISMISSAL

On April 21, 2021, Plaintiff filed a Notice of Voluntary Dismissal, without prejudice (ECF No. 3) Accordingly, it is **ORDERED** that the above matter is **DISMISSED** without prejudice.

Dated: April 21, 2021           s/Paul D. Borman
                                        Paul D. Borman
                                        United States District Judge